1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2  JAY R. WEILL (CSBN 75434)
   Assistant United States Attorney
3  Chief, Tax Division
     9th Floor Federal Building
4    450 Golden Gate Avenue, Box 36055
     San Francisco, CA 94102
5    Telephone:   (415) 436-7017
     Fax:         (415) 436-6748
6
   Attorneys for the United States of America
7

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **LAWRENCE H. THOMPSON,** | No.  C-06-7208-SBA |
| **Petitioner,** | |
| v. | **ORDER** |
| **UNITED STATES OF AMERICA,** | |
| **Respondent.** | |

   This is an action to quash an IRS Summons served on Visa Credit Card.  Since the IRS has withdrawn the Summons, this action is now moot.  Accordingly, this Petition To Quash is dismissed.

Dated: 2/20/07

_____ *Saundra B Armstrong* _____
UNITED STATES DISTRICT JUDGE